UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AIDEN JONES                                                                                         PLAINTIFF

v.                                          No. 2:24-CV-02060

HEATHER PATTON,
JEFFEREY WAYNE PHILLIPS,
CAROL COLLINS, and
STEVEN G. HIGGINS                                                                          DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 12) from United States Magistrate Judge Mark E. Ford. Plaintiff has filed objections (Doc. 13). The Court has reviewed the report and recommendation de novo. The Magistrate recommends that Plaintiff's claims under 42 U.S.C. § 1983 as to state cases 36CV-33 and 36DR-23-256 in Johnson County, Arkansas be dismissed for failure to state any plausible claims, and that his claims based on ongoing state criminal cases be dismissed under the *Younger* abstention doctrine. *Norwood v. Dickey*, 409 F.3d 901, 903 (8th Cir. 2005). Plaintiff's objections largely reiterate his case and address its merits but offer neither law nor fact to overcome the requirement of *Younger* abstention doctrine.

IT IS THEREFORE ORDERED that the report and recommendation (Doc. 12) is ADOPTED IN FULL, and this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 19th day of August 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE