**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**AIDEN JONES**                                                                                          **PLAINTIFF**

**V.**                                                          **CASE NO. 2:24-CV-2060**

**HEATHER PATTON (Chief Deputy Prosecuting Attorney);
JEFFREY WAYNE PHILLIPS (Deputy Prosecuting Attorney);
CAROL COLLINS (Deputy Prosecuting Attorney);
STEVEN G. HIGGINS (Deputy Prosecuting Attorney)**                **DEFENDANTS**

<u>**ORDER**</u>

Currently before the Court is the Report and Recommendation ("R&R") (Doc. 31) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, filed in this case on November 7, 2024, regarding Plaintiff Aiden Jones's Motion for Leave to Appeal *in forma pauperis* (Doc. 30). After careful review of the R&R, Plaintiff's objections (Doc. 32), and a *de novo* review of the record, the Court finds that the objections are **OVERRULED**; the offer neither law nor fact requiring departure from the Magistrate Judge's findings. Accordingly, the R&R is **ADOPTED IN FULL**. Plaintiff's lawsuit was dismissed because his allegations failed to state a plausible claim or were based on an ongoing state criminal case. As such, Plaintiff's appeal is frivolous and, therefore, not taken in good faith.

Accordingly, **IT IS ORDERED** that the Motion (Doc. 30) is **DENIED**. Plaintiff is free to renew his request with the Court of Appeals for the Eighth Circuit pursuant to Federal Rule of Appellate Procedure 24(a)(5).

**IT IS SO ORDERED** this 9th day of December, 2024.

                                                                    */s/ Timothy L. Brooks*
                                                                    TIMOTHY L. BROOKS
                                                                    UNITED STATES DISTRICT JUDGE